# Exhibit 1



**Building Efficiency and Sustainability**

12/12/2023

Ivanildo Norberto Da Silva Junior
4098 Granite Circle
Indian Land, SC 29707

Dear Ivan,

We are pleased to offer you the position of Director of Operational Accounting at Service Logic's corporate headquarters in Charlotte, NC. Service Logic is the largest independent service-based HVAC company in the United States with approximately $1.9 billion in annual sales and 6,000 employees. In this position, you will report to me, Jason Richardson, VP of Finance. We are very impressed with not only your technical abilities but also what we see as your ability to fit within our team. We're confident that you will excel in this role.

As we discussed, some specific, but not all, responsibilities of the Director of Operational Accounting shall include the following:

- Responsibility for reviewing local financial statements to ensure integrity and preparation in accordance with GAAP, while also identifying areas for improvement.
- Responsibility for working with local financial leaders to execute on process improvements as needed.
- Develop strong working relationships with various local resources in order to be able to support them more effectively.
- Act as a backup for local financial resources on an as needed basis.
- Providing advice and counsel to business unit leaders.
- Identify and socialize opportunities for efficiencies in local business processes.
- Other projects as necessary.

The specific details of your employment offer are as follows:

- Target start date of Tuesday, January 2nd, but subject to change based on your needs.
- Base compensation of $225,000 payable in accordance with company payroll practices (bi-weekly, every other Thursday).
- Target annual bonus of 30% of your base salary ($67,500), depending on company performance and individual performance. For the 2023 calendar year, we will guarantee you a bonus of $50,000, which will represent a one-time sign-on bonus to make you whole for any compensation left on the table with your current employer. Annual bonuses (including the sign-on bonus) are typically paid in late February / early March.
- To align your role with the mission of Service Logic and our growth targets, you will be granted incentive equity units at no cost to you. If we execute our long-term plan, this base equity grant could have a value of $350,000. This future value is dependent upon a great number of variables, and it could be lower or higher depending on these variables at the time of a change in control event.
- Days off for Holidays consistent with Service Logic's holiday policies (New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, two (2) floating holidays at employees' discretion).
- Four (4) weeks of paid vacation annually. Paid vacation shall not accrue from year-to-year.
- Eligibility to participate in our 401K and profit-sharing plan. Our plan requires employment for 90 days prior to entering the plan on either January 1st, April 1st, July 1st or October 1st.

650 South Tryon Street, Suite 1000 • Charlotte, N.C. 28202 • 980.296.1700

Scanned with CamScanner



**Building Efficiency and Sustainability**

- Participation in our health insurance plans. Our plan requires employment for 30 days prior to entering the plan on the first day of the following month.
- We will reimburse you $150 per month for the cost of your cell phone.
- Monthly office parking expenses covered by Service Logic.
- Weekday lunches covered by Service Logic when ordered via Foodsby.

Ivan, we are excited for you to join Service Logic, and we see you as a wonderful fit to our organization. We look forward to having you on the corporate team, and we believe you will find our culture to be a very enjoyable place to work and grow both personally and professionally.

If you have any questions, please do not hesitate to reach out to me.

**Please note your acceptance of this offer by signing below within 5 days and returning a copy to me via email at jrichardson@servicelogic.com.**

Sincerely,
MSHC, Inc. (dba "Service Logic"),

By: _____
Jason Richardson
VP of Finance

The foregoing correctly sets forth the terms of my employment by Service Logic:

By: _____     Date: ___12/12/23_____
Ivanildo Norberto Da Silva Junior

Scanned with CamScanner