# Exhibit 3



Official website of the State of North Carolina   Here's how you know ⌄

**Secretary of State**
## Elaine F. Marshall

MENU

Home  >  Business Registration  >  Search  >  Business Corporation

# Business Corporation

## Actions

- File an Annual Report/Amend an Annual Report
- Online Filing

- Order a Document Online
- Add Entity to My Email Notification List
- View Filings

- Print a Pre-Populated Annual Report form
- Print an Amended a Annual Report form

**Legal name:** Hickory Mechanical HVAC and Plumbing Inc.

**Secretary of State Identification Number (SOSID):** 3129766

**Status:** Current-Active

**Citizenship:** Domestic

**Date formed:** 9/19/2025

**Fiscal month:** December

**Registered agent:** GBK Advisors PLLC

**Registered Office address**

1927 S Tryon St Ste 205
Charlotte, NC 28203

**Registered Mailing address**

1927 S Tryon St Ste 205
Charlotte, NC 28203

**Mailing address**

4098 Granite Cir.
Indian Land, SC 29707

**Principal Office address**

4098 Granite Cir.
Indian Land, SC 29707

**Officers**

- **President**
  Ivanildo Norberto Da Silva , Jr

Case 3:26-cv-00517    Document 1-3    Filed 06/30/26    Page 2 of 4

1927 S Tryon St Ste 205
Charlotte NC 28203

- **Secretary**

  [Ivanildo Norberto Da Silva , Jr](#)

  1927 S Tryon St Ste 205
  Charlotte NC 28203

- **Executive Officer**

  [Ivanildo Norberto Da Silva , Jr](#)

  1927 S Tryon St Ste 205
  Charlotte NC 28203

-

  [Ivanildo Norberto Da Silva , Jr](#)

  1927 S Tryon St Ste 205
  Charlotte NC 28203

-

  [Ivanildo Norberto Da Silva , Jr](#)

  1927 S Tryon St Ste 205
  Charlotte NC 28203

-

  [Ivanildo Norberto Da Silva , Jr](#)

  1927 S Tryon St Ste 205
  Charlotte NC 28203

**Stock:**

- **Class:** Common
  **Shares:** 100000
  **Par value:**

[Return to top](#)

**Other Agencies**

[NC Gov ↗](#)

[State Board of Elections ↗](#)

[North Carolina Birth Certificate Information ↗](#)

[North Carolina State Bar ↗](#)

[North Carolina Department of Commerce ↗](#)

[North Carolina Department of Revenue ↗](#)

**Links of Interest**

Case 3:26-cv-00517    Document 1-3    Filed 06/30/26    Page 3 of 4

All North Carolina Government Organizations ☐

National Association of Secretaries of State ☐

Intellectual Property ☐

NASAA - North American Securities Administrators Association ☐

North Carolina Consular Corps ☐

Secretary of State Disclaimer & Privacy

Hours of Operation Monday - Friday 8:00 am - 5:00 pm



## North Carolina Secretary of State's Office

  

**Contact Us**

919-814-5400    Support    Division Directory