# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
**Case No. 3:26-cv-00517**

MSHC, INC. d/b/a SERVICE LOGIC,

      Plaintiff,

v.

IVANILDO NORBERTO DA SILVA,

      Defendant.

**NOTICE OF APPEARANCE**

**Please take notice** that the undersigned attorney hereby appears as counsel for Plaintiff MSHC, Inc. d/b/a Service Logic and requests that copies of all notices and other papers in this proceeding be served upon the undersigned at the address set forth below.

Date: June 30, 2026

Respectfully submitted,

MSHC, INC. d/b/a SERVICE LOGIC

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (NC Bar No. 56676)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: June 30, 2026

/s/ Benjamin S. Morrell