THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MSHC, INC., d/b/a SERVICE LOGIC,<br><br>Plaintiff,<br><br>v.<br><br>IVANILDO NORBERTO DA SILVA,<br><br>Defendant. | Case No. 3:26-cv-00517<br><br><br>**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Fed R. Civ. P. 6(b) and W.D.N.C. LCvR 7.1, Defendant Ivanildo Norberto da Silva ("Defendant"), by and through undersigned counsel, respectfully requests a twenty-one (21) day extension of time, to and including Thursday, August 13, 2026, to respond to Plaintiff's Verified Complaint for Damages, Temporary Restraining Order, and Preliminary and Permanent Injunction, filed on June 30, 2026. [Doc. 1]. In support of this Motion, Defendant shows the Court as follows:

1.      On June 30, 2026, Plaintiff filed the Verified Complaint for Damages, Temporary Restraining Order, and Preliminary and Permanent Injunction.

2.      On July 2, 2026, Defendant was served via certified mail.

3.      Defendant's deadline to respond to Plaintiff's Complaint is July 23, 2026. W.D.N.C. LCvR 7.1(e).

4.      Defendant respectfully seeks a 21-day extension of time, to and including Thursday, August 13, 2026, to file such response.

5.      This Motion is filed for good cause, in good faith, and not to cause undue delay.

WHEREFORE, Defendant respectfully requests a 21-day extension of time, to and including Thursday, August 13, 2026, to respond to Plaintiff's Verified Complaint for Damages, Temporary Restraining Order, and Preliminary and Permanent Injunction.

This, the 16th day of July, 2026.

**JAMES, MCELROY AND DIEHL, P.A.**
*Counsel for Defendant*

By: /s/ Joseph H. Karam
Joseph H. Karam, NCSB # 54520
525 N. Tryon St., Suite 700
Charlotte, NC 28202
Telephone: (704) 372-9870
jhkaram@jmdlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the Court's E-file & Serve system and that this document was served upon all counsel of record via the Court's electronic service system as follows:

MSHC, Inc. d/b/a Service Logic
c/o Taft, Stettinius and Hollister, LLP
Attn: Benjamin S. Morrell
111 E. Wacker, Suite 2600
Chicago, IL 60601
bmorrell@taftlaw.com

MSHC, Inc. d/b/a Service Logic
c/o Taft, Stettinius and Hollister, LLP
Attn: George Musekamp
Attn: Brian G. Dershaw
301 E. 4th St., Suite 2800
Cincinnati, OH 45202
gmusekamp@taftlaw.com
bdershaw@taftlaw.com

This, the 16th day of July, 2026.

**JAMES, MCELROY AND DIEHL, P.A.**
*Counsel for Defendant*

By:   /s/ Joseph H. Karam
      Joseph H. Karam, NCSB # 54520
      525 N. Tryon St., Suite 700
      Charlotte, NC 28202
      Telephone: (704) 372-9870
      jhkaram@jmdlaw.com